IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00152-LTB

MANUEL DePINEDA,

    Applicant,

v.

ANGEL MEDINA, Warden FCF,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 8, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 8 day of March, 2013.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/ S. Grimm
                                  Deputy Clerk